IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07-3183 |
| | ) | |
| TWO THOUSAND FIVE | ) | |
| HUNDRED SIXTY AND 00/100 | ) | |
| DOLLARS ($2,560.00) IN | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the United States' Motion for Default Judgment (d/e 10).  The Court has reviewed the Motion, the supporting documents, and the documents in the court file, and finds that:

(1)   The Defendant constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq. and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4);

(2)   All potential claimants, including Margaree Jones, have been

1

properly served, and all unknown claimants have been properly served by publication, and no one has timely filed a claim and answer to defend the Defendant;

(3) Margaree Jones and the potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

(4) An Order of Default was entered against Margaree Jones and any potential claimants, known or unknown.

Based on the foregoing, the Court finds that the United States is entitled to a default judgment.

THEREFORE, the United States' Motion for Default Judgment (d/e 10) is ALLOWED.  IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That a judgment of default is hereby entered against Margaree Jones, all potential claimants, known and unknown, and against the Defendant.

2. The Defendant is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

3. This cause is dismissed with prejudice.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER: October 12, 2007

    FOR THE COURT:

                                    s/ Jeanne E. Scott
                                    JEANNE E. SCOTT
                      UNITED STATES DISTRICT JUDGE